**GT GreenbergTraurig**

Sylvia E. Simson
Tel 212.801.9200
Fax 212.801.6400
Sylvia.Simson@gtlaw.com

December 13, 2024

**VIA ECF**

Hon. Naomi Reice Buchwald
United States District Court for the Southern District of New York
Daniel Patrick Moynihan, United States Courthouse
500 Pearl Street, Courtroom 21A
New York, New York 10007

Re: *Synod of Bishops of the Russian Orthodox Church Outside of Russia et al. v. JPMorgan Chase Bank, N.A.*, No. 1:24-cv-01443-NRB—Request for Extension of Time to File Chase's Motion to Dismiss Plaintiffs' Second Amended Complaint and Related Request for Modified Briefing Schedule on The Motion

Dear Judge Buchwald:

We write pursuant to Your Honor's Individual Practices, Rule 1(E), and on behalf of Defendant JPMorgan Chase Bank, N.A. ("Chase'), to request a short extension of time for Chase to file its Motion to Dismiss Plaintiffs' Second Amended Complaint (the "Motion"), as currently set forth in the Court's Memo Endorsement dated November 9, 2024 (Rec. Doc. 26). Chase's deadline is currently December 16, 2024 and Chase respectfully requests to have until December 20, 2024 to file the Motion. Plaintiffs' counsel consents to this request and this is the first such request for an extension to file the Motion.

In addition, Chase along with Plaintiffs request a modified briefing schedule on the Motion. The current briefing schedule on Chase's Motion is: (1) the Motion is due December 16, 2024; (2) Plaintiffs' Opposition to the Motion is due January 24, 2025; and (3) Chase's Reply in further support of the Motion is due February 14, 2025. The parties jointly request that these dates be adjourned to December 20, 2024, January 30, 2025, and February 18, 2025, respectively.

We thank the Court for its attention and for its consideration of the requests herein.

Respectfully submitted,

/s/ *Sylvia E. Simson*

Sylvia E. Simson

CC: All Counsel of Record

> Application granted.
> **So ordered.**
>
> *[signature]*
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated: December 16, 2024
> New York, New York

Greenberg Traurig, LLP | Attorneys at Law
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400
www.gtlaw.com