**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SYNOD OF BISHOPS OF THE RUSSIAN
ORTHODOX CHURCH OUTSIDE OF RUSSIA,
and THE FUND FOR ASSISTANCE TO THE
RUSSIAN ORTHODOX CHURCH OUTSIDE
OF RUSSIA,

        Plaintiffs,
  -against-                24 **CIVIL** 1443 (NRB)

                            **JUDGMENT**

JPMORGAN CHASE BANK, N.A.,

        Defendant.
-----------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 14, 2025, the Court has granted defendant's motion in full and therefore plaintiffs' Second Amended Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
    August 14, 2025

                          **TAMMI M. HELLWIG**
                           _____
                            **Clerk of Court**

          **BY:**     *K. Mango*

                           _____
                             **Deputy Clerk**